FILED

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Lee D. Williams, ESQ., SBN 78583
Williams & Kilkowski
1900 Avenue of the Stars, 25th Floor
Los Angeles, CA 90067-4506
Telephone: (310) 282-8995

2012 AUG 20 PM 2:30

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

ATTORNEYS FOR: Kings Road Entertainment, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGS ROAD ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiff(s),<br>v.<br><br>WEST COAST PICTURES, LLC, a California limited liability company, and SVEN EBELING, an individual,<br><br>Defendant(s). | CASE NUMBER<br><br>**CV12 07149 CAS JCGx**<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff _____
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                              **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

Kings Road Entertainment, Inc.                    Party, Plaintiff
West Coast Pictures, LLC                          Party, Defendant
Sven Ebeling                                      Party, Defendant

June 18, 2012
Date

Sign

Attorney for Plaintiff, Lee D. Williams, Esq.
Attorney of record for or party appearing in pro per